UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:   CHRISTOPHER and TUQUESTA BILES   CHAPTER 7

     DEBTORS                HON. STEVEN W. RHODES
                              CASE NO. 11-50027
_____/

CHRISTOPHER and TUQUESTA BILES

    Plaintiffs
                              Adversary No. 12-04608
V

 and

LIGHTHOUSE RECOVERY ASSOCIATES, LLC and
RIVERSHORE ACQUISITIONS LLC

    Defendants_____/

Certificate of Service

I hereby certify that on October 16, 2012, I SERVED,
 BY certified MAIL, POSTAGE PRE-PAID, RE-ISSUED SUMMONS and COMPLAINT

TO:      John Atwater, Officer
         Rivershore Acquisitions LLC
         50 CALIFORNIA STREET
         #3420
         SAN FRANCISCO CA 94111-4719

and
         Robert Barry, Officer
         Lighthouse Recovery Associates LLC
         1551 East Arapahoe Road
         Centennial CO 80112

/s/ Kurt O'Keefe
Kurt O'Keefe P30718
Attorney for Debtors-PLAINTIFFS
1593 Torrey Road

G. P. Woods MI 48236
313-962-4630
koklaw@gmail.com